# Third District Court of Appeal

## State of Florida

Opinion filed May 28, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-374
Lower Tribunal No. 10-CF-497-A-K
_____

**Pablo Jimenez-Solano,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Pablo Jimenez-Solano, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Ratliff v. State, 914 So. 2d 938, 940 (Fla. 2005) ("The fact that the judicial system has no way of knowing how long the defendant will live and therefore cannot know how long the defendant will be incarcerated does not render a life sentence unconstitutionally indefinite.  It is abundantly clear that the Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life. The term 'life' is sufficiently definite so that it can be understood and applied.  There is nothing indefinite about such a sentence.").